Entered on Docket May 26, 2020

Below is the Order of the Court.

Marc Barreca
U.S. Bankruptcy Judge
(Dated as of Entered on Docket date above)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

HEATHER M GARVIE,

Debtor(s).

IN CHAPTER 13 PROCEEDING
NO. 17-13310-MLB

ORDER APPROVING SALE OF REAL PROPERTY

This matter came before the Court on the debtor's Motion for Approval of Sale of Real Property (ECF No. 66) and the Chapter 13 Trustee's response (ECF No. 70). Based on the motion and for cause shown, it is

ORDERED that:

1) The debtor may sell the real property at 33862 North Shore Drive, Mount Vernon, Washington for $420,000.00.

2) The closing / settlement agent shall disburse the sale proceeds as follows:

   a) Payment of customary fees and costs, including real estate broker fees;

   b) Payment of all valid liens and encumbrances, including applicable taxes and any lien held by Jana Maxwell;

///

ORDER APPROVING SALE OF REAL
PROPERTY - 1

James J. Jameson, P.S.
Attorney at Law
3409 McDougall Ave, Suite 100
Everett, WA 98201
Telephone (425) 258-8444

c) Payment to City of Mount Vernon for a utility bill of approximately $500.00;

d) Payment of $6,000.00 to the buyer for credit for necessary repairs;

e) Payment of $141,000.00 to the Chapter 13 Trustee at the following:

> Jason Wilson-Aguilar
> Chapter 13 Trustee
> PO Box 2139
> Memphis, TN 38101-2139

The closing / settlement agent shall include the debtor's name and case number (17-13310-MLB) on the form of payment. Upon receipt of the funds, the Trustee may immediately disburse the funds (less his fee) to allowed unsecured claims and to any remaining secured claims provided for in the debtor's plan.

f) After payment of the above, payment of all remaining funds to the debtor.

3) This order is effective immediately and the 14 day stay under Fed. R. Bankr. P. 6004(h) is waived.

///End of Order///

Presented by:

*/s/James J. Jameson*
James J. Jameson, WSBA #11490
Attorney for Debtors


No objection:

*/s/ Jason Wilson-Aguilar*
Jason Wilson-Aguilar, WSBA #33582
Chapter 13 Trustee

ORDER APPROVING SALE OF REAL PROPERTY - 2

James J. Jameson, P.S.
Attorney at Law
3409 McDougall Ave, Suite 100
Everett, WA 98201
Telephone (425) 258-8444